```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02853
    KENFAUNYA BALDWIN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6505


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/08/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED            311.92            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           2537.65            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            586.30            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           2888.43            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           1497.84            .00            .00
BANK OF AMERICA            UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED           7103.75            .00            .00
CREDIT PROTECTION          UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION          UNSECURED         NOT FILED            .00            .00
DIVERSIFIED RECEIVABLES    UNSECURED         NOT FILED            .00            .00
GLOBAL PAYMENTS            UNSECURED         NOT FILED            .00            .00
GLOBAL PAYMENTS            UNSECURED         NOT FILED            .00            .00
H & R ACCOUNTS             UNSECURED         NOT FILED            .00            .00
H&F LAW                    UNSECURED         NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED         NOT FILED            .00            .00
NCO                        UNSECURED         NOT FILED            .00            .00
NCO                        UNSECURED         NOT FILED            .00            .00
PARC                       UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           1931.07            .00            .00
THORNTON FINANCIAL SERVI   UNSECURED         NOT FILED            .00            .00
UNITED COMPUCRED           UNSECURED         NOT FILED            .00            .00
UNITED COMPUCRED           UNSECURED         NOT FILED            .00            .00
UNITED COMPUCRED           UNSECURED         NOT FILED            .00            .00
UNITED COMPUCRED           UNSECURED         NOT FILED            .00            .00
B-REAL LLC                 UNSECURED            644.70            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED            368.39            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            598.36            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY              35.60            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,464.00                          343.94
TOM VAUGHN                 TRUSTEE                                              29.91
DEBTOR REFUND              REFUND                                                .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02853 KENFAUNYA BALDWIN
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     373.85

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     343.94
TRUSTEE COMPENSATION                                29.91
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                      373.85                 373.85
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE